**Order entered August 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00263-CR

**CLEAVEN WADE III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83322-2015**

## ORDER

The reporter's record was initially due April 21, 2019. When we notified court reporter Indu Bailey that it was past due, she informed the Court that appellant, who has retained counsel, had not paid or made arrangements to pay for the record. We then ordered appellant to file written verification he had paid or made arrangements to pay for the record. On August 15, 2019, appellant filed written verification he paid for the reporter's record.

We **ORDER** the reporter's record due on or before September 20, 2019.

/s/     LANA MYERS
         JUSTICE